B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Indiana

In re: **Keith Alan Baughn / Christina Joy Baughn**, Debtor(s)

Case No. **12-70846-BHL**

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
Kindergate Developmental Child Care

**Describe Property Securing Debt:**
Real Estate located at:
215 West First St.
Newburgh, IN  47630
Valued based on recent tax assessment

Property will be (check one):
☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **avoid lien using 11 U.S.C. § 522(f)** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
Loancare Servicing Ctr

**Describe Property Securing Debt:**
Real Estate located at:
215 West First St.
Newburgh, IN  47630
Valued based on recent tax assessment

Property will be (check one):
☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                  Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Warrick County School Corp** | **Describe Property Securing Debt:**<br>**Real Estate located at:**<br>**215 West First St.**<br>**Newburgh, IN  47630**<br>**Valued based on recent tax assessment** |

Property will be (check one):
    ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

B8 (Form 8) (12/08) Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

| | | | |
|---|---|---|---|
| Date | **June 3, 2017** | Signature | **/s/ Keith Alan Baughn** |
| | | | **Keith Alan Baughn** |
| | | | Debtor |

| | | | |
|---|---|---|---|
| Date | **June 3, 2017** | Signature | **/s/ Christina Joy Baughn** |
| | | | **Christina Joy Baughn** |
| | | | Joint Debtor |